**James BLADE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41545.**

Missouri Court of Appeals,
Western District.

Aug. 22, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Sean O'Brien, Public Defender, Terri L. Backhus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).